UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

**DEBORAH LAUFER,**

      **Plaintiff,**

v.                          Civ. Action No.  1:19-cv-05443-TWT

**EMORY UNIVERSITY,**

      **Defendant.**

## NOTICE OF SETTLEMENT

Plaintiff, Deborah Laufer, by and through her undersigned counsel, hereby advise the Court that the parties have reached an agreement in principle to resolve this dispute.  The parties are finalizing settlement and dismissal documents and expect to file the dismissal papers within thirty (30) days.

*/s/ Tristan W. Gillespie*
Tristan W. Gillespie, Esq.
THOMAS B. BACON, P.A.
5150 Cottage Farm Rd.
Johns Creek, GA 30022
Tel:  404.276.7277

ATTORNEYS FOR PLAINTIFF