UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEBORAH LAUFER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EMORY UNIVERSITY,<br><br>　　　　　　Defendant. | CIVIL ACTION NO.<br><br>1:19-cv-5443-TWT |

## **ORDER**

The parties having announced that the above case is settled, the Court directs the Clerk to administratively close the case. The parties shall execute the settlement documents and file the dismissals consistent with their Notice of Settlement [Doc. 8].

SO ORDERED, this 21st day of January, 2020.

　　　　　　　　　　　　　　　　　　/s/ Thomas W. Thrash
　　　　　　　　　　　　　　　　　　THOMAS W. THRASH, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE